IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RON ALLEN HUNTER JR. ) | |
| ) | |
| Plaintiff, ) | Case No. 1:23-cv-287-SPB-RAL |
| ) | |
| v. ) | |
| ) | |
| WARDEN SUTTER, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

This *pro se* civil action was opened on October 11, 2023 and referred to Chief United States Magistrate Judge Richard A. Lanzillo for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Civil Rule 72(b). ECF No. 1. The Plaintiff, Ron Allen Hunter, Jr., is presently confined at the Erie County Prison. He contends that various prison officials named as Defendants in this case engaged in excessive force, denied him access to grievance forms, and otherwise violated his federal civil rights during the course of his confinement.

Pending before the Court is Plaintiff's motion for a temporary restraining order. ECF No. 32. On April 26, 2024, Chief Magistrate Judge Lanzillo issued a Report and Recommendation ("R&R") in which he concluded that Plaintiff's motion should be denied. ECF No. 36. After recounting the legal standards that apply to requests for temporary injunctive relief, Judge Lanzillo determined that Plaintiff's motion fails to allege facts which would support either a reasonable likelihood of success on the merits or irreparable harm. He considered Plaintiff's allegation that he is "at risk" to be "devoid of factual support and speculative at best." See ECF No. 36 at 2.

1

Objections to the Report and Recommendation were due to be filed no later than May 13, 2024. To date, no objections have been received.

After *de novo* review of the operative pleading and documents in the case, including Plaintiff's motion for a temporary restraining order, along with the Chief Magistrate Judge's Report and Recommendation, the following order is entered:

AND NOW, this 17th day of May, 2024, IT IS ORDERED that Plaintiff's motion for a temporary restraining order, ECF No. [32], shall be, and hereby is, DENIED.

IT IS FURTHER ORDERED that the Report and Recommendation of Chief Magistrate Judge Lanzillo, issued on April 26, 2024, ECF No. [36], is adopted as the opinion of this Court.

*[signature]*

SUSAN PARADISE BAXTER
United States District Judge